**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Richard Daniel GARCIA,**
**Defendant-Appellant**

No. 15-40817

United States Court of Appeals,
Fifth Circuit.

Filed August 14, 2017

 

Paula Camille Offenhauser, Assistant U.S. Attorney, Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Richard Daniel Garcia, Pro Se

Before STEWART, Chief Judge, and JONES and CLEMENT, Circuit Judges.

PER CURIAM: *

The panel entered a limited remand in this case in an opinion dated August 1,

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

2017. Upon receipt of the district court's order dated August 7, 2017, the panel now files this supplement to our prior opinion. The district court order states that the district court "did not consider new information in the Addendum to deny Garcia's motion" for a 18 U.S.C. § 3582(c)(2) sentence reduction. The denial of the sentence reduction was based on Garcia's past criminal history and his continued threat to public safety. Therefore, as the court did not consider the new evidence in the Addendum, there was no error. Therefore we **AFFIRM** the district court.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.